1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10                        **WESTERN DIVISION**
11

12   CHARLSYE A. WELKER,            )      No. CV 07-5504 CW
                                     )
13                Plaintiff,         )      JUDGMENT
                                     )
14           v.                      )
                                     )
15   MICHAEL J. ASTRUE,              )
     Commissioner, Social Security   )
16   Adminstration,                  )
                                     )
17                Defendant.         )
     _____)
18

19        **IT IS ADJUDGED** that this action is remanded to defendant for

20   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21   and consistent with the accompanying Decision and Order.

22

23   DATED:   October 7, 2008

24

25                                    _____/s/_____
                                           CARLA M. WOEHRLE
26                                    United States Magistrate Judge

27

28