1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Charlsye A. Welker

7

8 **UNITED STATES DISTRICT COURT**

9 **CALIFORNIA CENTRAL DISTRICT**

10 **WESTERN DIVISION**

11 | CHARLSYE A. WELKER, | ) Case No.: 2:07 CV 05504 CW
12 |     Plaintiff, | ) [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT
13 |     vs. | ) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920
15 |     Defendant | )
16 |   | )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,400.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of ($0.00) as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:    May 22, 2012

24                    _____/s/_____
                     THE HONORABLE CARLA A. WOEHRLE
25                   UNITED STATES MAGISTRATE JUDGE

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Denise Bourgeois Haley*
_____
4 | Denise Bourgeois Haley
Attorney for plaintiff Charlsye A. Welker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26