```
 1  Denise Bourgeois Haley
    Attorney at Law: 143709
 2  Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
 3  Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
 4  Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
 5
    Attorneys for Plaintiff
 6  Charlsye A. Welker
 7
```

## UNITED STATES DISTRICT COURT

## CALIFORNIA CENTRAL DISTRICT

## WESTERN DIVISION

| | | |
|---|---|---|
| CHARLSYE A. WELKER, | ) | Case No.: 2:07 CV 05504 CW |
| Plaintiff, | ) ) | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($0.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   May 22, 2012

_____/s/_____
THE HONORABLE CARLA A. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Denise Bourgeois Haley*
_____
4 | Denise Bourgeois Haley
Attorney for plaintiff Charlsye A. Welker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26